1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERAS,<br><br>        Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC. D/B/A FACEBOOK<br><br>        Defendant. | Case No. 2:24-CV-05948<br><br>**ORDER GRANTING JOINT STIPULATION RE CONTINUANCE OF HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

## ORDER

Having considered the Joint Stipulation Re Continuance of Hearing Date on Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice, the Court concludes that the Joint Stipulation is **GRANTED** and the hearing date is continued to September 23, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 26, 2024         By: _____
                                   Stephen V. Wilson
                                   U.S. District Court Judge

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MOVE HEARING DATE
Case No. 2:24-CV-05948

# CERTIFICATE OF SERVICE

I, Rachelle Esquivel, do hereby certify that on August 19, 2024, I have caused a true and correct copy of the foregoing Proposed Order Granting Joint Stipulation Re Continuance of Hearing Date on Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice to be filed through the Court's CM/ECF system and served to Plaintiff via U.S. Mail, first-class, postage pre-paid:

Anthony Heras
3705 W. Pico Blvd
Los Angeles, CA 90019

　　　　　　　　　　　　　　　　　　　　　*/s/ Rachelle Esquivel*
　　　　　　　　　　　　　　　　　　　　　Rachelle Esquivel