JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERAS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC. D/B/A FACEBOOK,<br><br>　　　　Defendant. | Case No. 2:24-cv-05948-SVW-SSC<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION AND EXTENSION OF TIME**<br><br>Judge: Hon. Stephen V. Wilson |

1  The Court, having considered Plaintiff Anthony Heras ("Plaintiff") and Defendant Meta Platforms, Inc. ("Defendant") (collectively the "Parties"), Joint Stipulation For Remand of Action to State Court and Extension of Time, and finding good cause to grant the remand, the Court hereby orders the below as follows:

    1. The STIPULATION is GRANTED; and

    2. This action shall be REMANDED to state court,

**IT IS SO ORDERED.**

Dated:  October 29, 2024

                                                Hon. Stephen V. Wilson
                                                United States District Judge